# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CD International Enterprises, Inc., *Plaintiff*, v. Rockwell Capital Partners, Inc., *et al.*, *Defendants*. | Civil Action No. 16-00394 <br><br> JURY TRIAL DEMANDED |

### DEFENDANTS ROCKWELL CAPITAL PARTNERS, INC. AND SAMUEL OSHANA'S MOTION TO DISMISS PLAINTIFF CD INTERNATIONAL ENTERPRISES, INC.'S COMPLAINT

Defendants Rockwell Capital Partners, Inc. ("Rockwell") and Samuel Oshana move to dismiss with prejudice the Complaint filed by Plaintiff CD International Enterprises, Inc. ("CDII") pursuant to Fed. R. Civ. P. 12(b)(6), 8 and 9(b) and the Private Securities Litigation Reform Act. The grounds and authorities supporting this Motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants Rockwell Capital Partners, Inc. and Samuel Oshana's Motion to Dismiss Plaintiff CD International Enterprises, Inc.'s Complaint. A proposed order is attached.

        Respectfully submitted,

Dated:  April 21, 2016   */s/ Daniel H. Gold*
        Thomas J. Lang (D.C. Bar No. 452398)
        thomas.lang@haynesboone.com
        Michael J. Scanlon  (*pro hac vice*)
        michael.scanlon@haynesboone.com
        HAYNES AND BOONE, LLP
        800 17th Street, Suite 500
        Washington, DC 20006
        Telephone: (202) 654-4570
        Facsimile: (202) 654-4249

        Daniel H. Gold (*pro hac vice*)
        daniel.gold@haynesboone.com
        HAYNES AND BOONE, LLP
        One Victory Park
        2323 Victory Avenue, Suite 700
        Dallas, Texas 75219
        Telephone: (214) 651-5154
        Facsimile: (214) 200-0526

        *Attorneys for Defendants Rockwell Capital Partners, Inc.*
        *and Samuel Oshana*