UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CD International Enterprises, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Rockwell Capital Partners, Inc., *et al.*, <br><br> *Defendants*. | Civil Action No. 16-00394 |

### DECLARATION OF MICHAEL J. SCANLON

I, Michael J. Scanlon, hereby declare:

1. My name is Michael J. Scanlon. The facts stated in this Declaration are true and correct and are within my personal knowledge.

2. I am an attorney representing Defendants Rockwell Capital Partners, Inc. ("Rockwell") and Samuel Oshana (collectively, "Defendants") in this action.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Assignment of Convertible Note, dated September 29, 2015 and executed by Rockwell and Kong Tung, that is attached as Exhibit C to Plaintiff CD International Enterprises, Inc.'s Complaint (Dkt. No. 1-6). Defendants provide this copy because the version of Assignment of Convertible Note attached to the Complaint is illegible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2015

*/s/ Michael J. Scanlon*
Michael J. Scanlon

DECLARATION OF MICHAEL J. SCANLON IN SUPPORT OF
DEFENDANTS ROCKWELL CAPITAL PARTNERS, INC. AND
SAMUEL OSHANA'S MOTION TO DISMISS