# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 17-7085**                      **September Term, 2017**

1:16-cv-00394-CRC

Filed On: June 21, 2018 [1737130]

CD International Enterprises, Inc,

        Appellant

    v.

Rockwell Capital Partners, Inc, et al.,

        Appellees

## M A N D A T E

In accordance with the order of April 11, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                     BY:     /s/
                                Ken R. Meadows
                                Deputy Clerk

Link to the order filed April 11, 2018