UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CD International Enterprises, Inc.,<br><br>*Plaintiff*,<br><br>v.<br><br>Rockwell Capital Partners, Inc., *et al.*,<br><br>*Defendants*. | Civil Action No. 16-00394<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' OPPOSITION TO CDII'S
### MOTION FOR ORAL ARGUMENT

Plaintiff CDII has again ignored LCvR 7(m) and failed to confer with Defendants and inform the Court whether Defendants are opposed to CDII's motion for oral argument on its motion for relief from the judgment. Defendants are accordingly forced to file this brief opposition out of an abundance of caution

There is no reason to hold oral argument, elicit "limited testimony" from CDII's counsel, or have any kind of hearing on CDII's motion for relief from the judgment. No hearing or testimony from CDII's counsel could have any impact on the untimely nature of CDII's motion under Rule 60(b). *See* Docket No. 59. Nor could it alter the frivolous nature of CDII's argument that events occurring after this Court dismissed CDII's claims under Rule 12(b)(6), and which were raised by CDII on appeal. somehow provide grounds for setting aside that ruling based on the insufficiency of the pleadings. *See id.*

This case was dismissed over a year ago and CDII has already unsuccessfully appealed. There is no basis for CDII to continue burdening Defendants or the Court with further filings or requests. Plaintiffs' pending motions should be denied and this case should be put to an end.

Respectfully submitted,

Dated: October 11, 2018

/s/ Michael J. Scanlon
Thomas J. Lang (D.C. Bar No. 452398)
thomas.lang@haynesboone.com
Michael J. Scanlon (D.C. Bar No. 1048644)
michael.scanlon@haynesboone.com
HAYNES AND BOONE, LLP
800 17th Street, Suite 500
Washington, DC 20006
Telephone:   (202) 654-4570
Facsimile:   (202) 654-4249

Daniel H. Gold (*pro hac vice*)
daniel.gold@haynesboone.com
HAYNES AND BOONE, LLP
One Victory Park
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:   (214) 651-5154
Facsimile:   (214) 200-0526

*Attorneys for Defendants Rockwell Capital Partners, Inc. and Samuel Oshana*

/s/ Alan S. Baskin
Nina Kraut (D.C. Bar No. 348185)
ninakraut@aol.com
3815 Yuma Street, NW
Washington, DC 20016
Telephone: (202) 320-1988

Alan S. Baskin (*pro hac vice*)
alan@baskinrichards.com
BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, AZ 85012.
Telephone:     (602) 812-7979
Facsimile:      (602) 595-7800

*Attorneys for Defendant Alpine Securities Corporation*


/s/ Matheau J.W. Stout
Matheau J.W. Stout
mjwstout@gmail.com
400 East Pratt Street, 8th Floor
Baltimore, MD 21202
Telephone:     (410) 429-7076
Facsimile:      (888) 907-1740

*Appearing Pro Se*