NIXIE        212    CC 1          1 00 1    9112/11/18
                RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                   UNABLE TO FORWARD
BC: 20001                                     *2217-04536-28-43



RECEIVED
Mail Room
DEC 17 2018
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

STOUT J. MATHEAU
400 E. Pratt Street
8th Floor
Baltimore, MD 21202





U.S. POSTAGE ≫ PITNEY BOWES
ZIP 20001 $ 000.47⁰
02 1W
0001399957 NOV 28 2018



UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

